### Adin M Spooner vs. David Frost.

A charge of one dollar for a precept issued to collect costs, given on decision of a motion, can not be allowed ; *all* the costs are covered by the amount given on the decision of the motion. The teste of a precept in the name of Greene C. Bronson, Chief Justice, as of January term, 1845, is amendable.

*Motion to set aside a precept for irregularity.*—A motion was made by plaintiffs to set aside a report of referees; and was denied with seven dollars costs on the 9th of April, 1845. The costs remaining unpaid, a precept was issued sometime thereafter, and directed the sheriff to collect the seven dollars costs and *one dollar for the costs of the precept*, besides his fees. The precept was tested of *January term*, 1845, and in the name of *Greene C. Bronson as Chief Justice.*

R. W. Peckham, *Plff's Counsel.*          D. C. Le Roy, *Plff's Atty.*
D. Brown, *Defts Counsel.*                M. Temple, *Defts Atty.*

Jewett, Justice.—The charge of one dollar for the precept is not proper, *all* the costs are covered by the seven dollars, which must include the issuing of the precept. The teste of the precept is amendable.

Motion granted with ten dollars costs, with leave to defendant to amend, &c.